1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| DAYBREAK YOUTH SERVICES, individually and on behalf of its former and current patients;<br><br>         Plaintiffs,<br><br>   v.<br><br>CHUCK ATKINS, in his official capacity as Clark County Sheriff, MIKE COOKE, in his official capacity as Clark County Undersheriff, and CHRISTOPHER LUQUE, in his official capacity as Clark County Sheriff's Office Sergeant, ADAM BECK, in his official capacity as Clark County Sheriff's Office Detective, and BRENT WADDELL, in his official capacity as Clark County Sheriff's Office Sergeant,<br><br>         Defendant. | NO.<br><br>**DECLARATION OF THOMAS RUSSELL IN SUPPORT OF PLAINTIFF DAYBREAK YOUTH SERVICES' MOTION FOR TEMPORARY RESTRAINING ORDER** |

19

I, THOMAS RUSSELL, hereby declare as follows:

20

    1.    My name is Thomas Russell. I am over the age of 18 and am otherwise

21

competent to be a witness in this proceeding. I make this declaration based upon my personal

22

knowledge except as otherwise set forth herein. I am currently the Chief Executive Officer for

23

Daybreak Youth Services. I make this declaration in support of Plaintiff Daybreak Youth

24

Services' Motion for Temporary Restraining Order.

25

    2.    Daybreak Youth Services is Washington State's oldest and largest residential

26

treatment program for adolescences with the dual diagnosis of substance use and mental health

DECLARATION OF THOMAS RUSSELL IN SUPPORT OF
PLAINTIFF DAYBREAK YOUTH SERVICES' MOTION FOR
TEMPORARY RESTRAINING ORDER - 1

GARVEY SCHUBERT BARER, P.C.
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

1  disorders. Daybreak opened an outpatient facility in Spokane in 1978, and later expanded that
2  facility to provide inpatient care.  In 1999, Daybreak opened a small inpatient treatment facility
3  in Vancouver, Washington. The Brush Prairie residential program was added in 2017 after
4  Daybreak acquired and remodeled a large former church facility.  That facility opened as, and
5  remains today, a 56-bed facility, with separate wings for girls and boys and a specialized
6  evaluation and treatment center for stabilizing youth mental health crisis events particularly
7  relating to suicidal ideation. The Daybreak program allows teens to voluntarily commit to their
8  recovery while engaging in school and recreation. Inpatient services include individual therapy,
9  group therapy, and family therapy. Outpatient services are provided in Plaintiff's Clark County
10  offices in Brush Prairie and Vancouver.

11      3.      Each year Daybreak serves more than 1,000 youth, ages 12 to 18, who require
12  treatment for their substance use disorder ("SUD") and co-occurring mental illness.  More than
13  600 youth are serviced each year at Daybreak's Brush Prairie facility in Clark County, either as
14  out-patients or in the residential treatment program offered to boys and girls.  More than 450
15  youth are served each year at Daybreak's facility in Spokane County, where residential
16  treatment is offered only to girls.

17      4.      The demand for such treatment in Washington far exceeds the supply of beds
18  Daybreak can offer. Daybreak is currently one of the only adolescent behavioral health
19  organizations in Washington State that offers the entire continuum of care services, including:
20  A Wraparound with Intensive Services (WISe) integrated family-centered outpatient therapy
21  program; two psychiatric evaluation and treatment units; two residential inpatient centers for
22  patients with both mental health and substance use disorder, two fully accredited schools; and
23  two outpatient counseling centers. Youth throughout the region often have to wait to access
24  treatment services that they need. According to the Substance Abuse and Mental Health
25  Services Administration (SAMHSA) only 11 percent of individuals age 12 and older suffering
26  from substance abuse had access to treatment for desperately needed care.

DECLARATION OF THOMAS RUSSELL IN SUPPORT OF
PLAINTIFF DAYBREAK YOUTH SERVICES' MOTION FOR
TEMPORARY RESTRAINING ORDER - 2

GARVEY SCHUBERT BARER, P.C.
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

1         5.    Daybreak's innovative integrated whole-person care approach improves lives

2    and saves money. A 2010 report published by CASA Columbia, the leading addiction and

3    substance abuse research and policy institution, found that substance abuse was tightly linked

4    with the offenses of 78.4 percent of juveniles who were taken into custody, and that up to three-

5    fourths of incarcerated 10- to 17-year-olds had a diagnosable mental health disorder. "A \$5,000

6    investment in juvenile addiction treatment and other appropriate services for each juvenile who

7    would otherwise have been incarcerated would pay for itself in the first year if only 12% stayed

8    in school and remained drug-free." Additionally, the institute's study found that "if we could

9    prevent crimes and incarceration of 12% of substance-involved adult inmates with juvenile

10   records, we would have 60,480 fewer inmates and 5.9 million fewer crimes, and we would

11   realize \$18 billion in avoided criminal justice and health care costs and employment benefits."

12   The fragmented organization of the health care system and different funding mechanisms create

13   barriers to treatment, particularly for integrated treatment, which is so desperately needed by

14   our youth today.

15        6.    In addition to their SUD and psychiatric illness, many of Daybreak's patients

16   have suffered other trauma, including sexual or physical abuse, poverty, and homelessness.

17   This is consistent with the findings of a recent report by the Department of Psychiatry and

18   Behavioral Health Sciences at Emory University School of Medicine: In surveys of adolescents

19   receiving treatment for substance abuse, more than 70 percent of patients had a history of

20   trauma exposure. Additionally, three-quarters of the Brush Prairie facility patients come from

21   poverty, and their care is provided through Medicaid. Many of Daybreak's clients have been

22   abused as children or were victims of sex trafficking. Large numbers of Daybreak's clients

23   have experienced homelessness and have faced violence on the streets on in their homes. Their

24   illnesses and addictions lead to crises that leave them seeking help in emergency rooms – or

25   worse, land them in jail. At Daybreak they receive care and treatment in an environment

26

DECLARATION OF THOMAS RUSSELL IN SUPPORT OF
PLAINTIFF DAYBREAK YOUTH SERVICES' MOTION FOR
TEMPORARY RESTRAINING ORDER - 3

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1   specifically designed, and from staff particularly trained, to meet the dual diagnosis challenges
2   these teens face.

3   7.       Daybreak's inpatient program is regulated by the Washington State Department
4   of Health and the Division of Social and Health Services. The Brush Prairie facility's license as
5   a Behavioral Health Agency was renewed on October 31, 2018, and its license as a Residential
6   Treatment Facility was renewed on May 17, 2019.  Daybreak also earned full three-year
7   accreditation from the Commission on Accreditation of Rehabilitation Facilities (CARF
8   International). Daybreak's programs meet the criteria set by the American Society of Addiction
9   Medicine (ASAM) as Level III medically monitored programs.

10  8.       Daybreak's Board of Directors hired me as the interim, and now permanent,
11  Chief Executive Officer for the organization, starting March 25, 2019. Daybreak, at the time,
12  was still reeling from the aftermath of the Clark County Sheriff's Office execution of search
13  warrants and seizure of patient records in September 2018, and the news coverage of the
14  CCSO's baseless allegations. When I arrived, few youth and their families were being referred
15  to Daybreak for treatment based in large part on the CCSO's investigation. Recently
16  Daybreak's Brush Prairie facility had only 11 patients in residence (up from a low of six this
17  winter), placing the entire organization at risk of closure due to continuing financial losses.
18  Daybreak had diverted much of its management's attention and remaining funds to defending
19  the organization against the CCSO investigation and the subsequent state licensing proceeding
20  it spurred. Before my hire, Daybreak had undergone two rounds of staff layoffs, and was forced
21  to close its Brush Prairie Evaluation and Treatment center (E&T) for youth in psychiatric crisis
22  because staff was not available.

23  9.       Daybreak currently employs a staff of 126, and has provided diagnosis,
24  treatment, and/or referral for SUD treatment to thousands of youth. Daybreak maintains its
25  paper records and electronic records in a secure and confidential manner to protect against the
26  unlawful disclosure or use of patient-identifying information related to its current and former

DECLARATION OF THOMAS RUSSELL IN SUPPORT OF
PLAINTIFF DAYBREAK YOUTH SERVICES' MOTION FOR
TEMPORARY RESTRAINING ORDER - 4

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1    SUD patients.

2         10.    The week of May 13, 2019, reporter Jerzy Shedlock of the Columbian

3    newspaper contacted Daybreak and said he wanted to write an update about the organization. I

4    met with Shedlock at the Brush Prairie facility and gave him an interview. He toured the

5    building with a photographer, who never saw nor was allowed to take pictures of our clients.

6    Later we found out that the reporter had already spoken with the CCSO, which told him it was

7    actively pursuing its criminal investigation against Daybreak employees and/or its clients,

8    presumably using the records it obtained from Daybreak through search warrants. They seized

9    records, which included patient information from both the Spokane and Brush Prairie facilities,

10   and identified thousands of juveniles that had sought treatment over, potentially, a 6-year

11   period.

12        11.    Attached as **Exhibit A** is a true and correct copy of the article Shedlock wrote,

13   published on the Columbian's website May 24, 2019.

14        12.    Attached as **Exhibit B** are true and correct copies of letters dated May 14, 2019,

15   sent by the CCSO requesting interviews and addressed to four current and six former Daybreak

16   employees.

17        I declare under penalty of perjury under the laws of the state of Washington that the

18   foregoing is true and correct.

19        DATED this 4th day of June 2019 at Brush Prairie, Washington.

20

21

22

23                                              THOMAS RUSSELL

24

25

26

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1

**CERTIFICATE OF SERVICE**

2

I, Patricia Shillington, certify under penalty of perjury under the laws of the State of

3

Washington that, on June 7, 2019, I caused to be served on the person(s) listed below the

4

foregoing Declaration of Thomas Russell in Support of Plaintiff Daybreak Youth Services'

5

Motion for Temporary Restraining Order .

6

7

8  Emily Sheldrick                                   ☒  United States Mail, First Class
   Leslie Lopez                                      ☐  By Legal Messenger
9  Clark County Prosecuting Attorney's Office        ☐  By Facsimile
   Civil Division                                    ☐  By Federal Express
10 P.O. Box 5000                                     ☒  By Email
   Vancouver, WA 98666
11 Emily.sheldrick@clark.wa.gov
   Leslie.lopez@clark.wa.gov
12

13

DATED this 7th day of June, 2019.

14

15

16                                                   Patricia Shillington

17

18

19

20

21

22

23

24        .

25

26

DECLARATION OF THOMAS RUSSELL IN SUPPORT OF
PLAINTIFF DAYBREAK YOUTH SERVICES' MOTION FOR
TEMPORARY RESTRAINING ORDER - 6

# EXHIBIT A

# Daybreak Youth Services strives to move forward

**Brush Prairie youth treatment facility fights to keep licenses as charges weighed**



(https://pcdn.columbian.com/wp-content/uploads/2019/05/1004566344-05-21-Daybreak-folo_02.jpg)

Regina Somerville, daytime shift lead at Daybreak Youth Services, works in the staff and nurses station near the common living area for girls at the Brush Prairie facility Tuesday morning. (Amanda Cowan/The Columbian)

Buy this photo

By **Jerzy Shedlock (/author/jshedlock)**, Columbian Breaking News Reporter
Published: May 24, 2019, 6:01 AM

**9**

BRUSH PRAIRIE — Daybreak Youth Services' operational licenses for its Brush Prairie facility "have been and remain active," said newly appointed CEO Thomas Russell.

 

That's the key message Russell wants the community to know as Daybreak rebuilds its image and trust following allegations that came to light in September of sexual assault, problems with client and staff safety, (https://www.columbian.com/news/2018/sep/11/deputies-search-daybreak-youth-services-regarding-multiple-allegations-of-sexual-misconduct/) and what investigators saw as a pattern of inadequate reporting as required by law.

Six months since the state Department of Health notified Daybreak of its intent to revoke the facility's licenses, (https://www.columbian.com/news/2018/nov/28/daybreak-youth-services-may-lose-brush-prairie-licenses/) the center remains open, providing substance abuse and mental health treatment while it appeals the revocation process.

On Tuesday morning, the halls of the facility at 11910 N.E. 154th St. were empty of the 13 patients receiving treatment there. The youth generally have counseling and classes during the day.

Despite their absence, a deck of cards was strewn across a coffee table in the girls' lounge area. Unkempt beds could be seen in patients' rooms. Posters with messages of encouragement hung on the walls. Another noticeable fixture were the cameras mounted on the walls and ceilings in nearly every room of the facility.

"I think people view (the facility) as a normal social environment, but it's not. The staff is handling some of the toughest issues that teenagers can face. … Experiences have made these kids draw inward. We're trying to get them out of that space," Russell said.

The three-member team that guided The Columbian through the mazelike halls of the treatment center — hidden in a neighborhood on a dead-end road in rural Clark County — was eager to share the changes made in the past six months. Changes include the implementation of updated care options, sturdier security doors and new gym equipment.

But the future of the facility remains uncertain.

# Potential criminal charges

The Clark County Sheriff's Office started investigating alleged criminal conduct at the Brush Prairie facility in June. About a month ago, investigators handed over a cache of documents to the Clark County Prosecuting Attorney's Office for consideration of criminal charges, sheriff's Sgt. Brent Waddell said Monday.

Waddell described the case as a "pretty tangled investigation."

"There are a lot of people. Some have way more culpability than others. It will be up to prosecutors whether or not anyone is charged," he said.

Chief Deputy Prosecutor Scott Jackson said the attorney handling the case requested that investigators follow up on some of the provided information, which is normal when considering charges. Jackson said a decision should be made within a few weeks.

The allegations from the sheriff's office's investigation prompted a separate investigation from the state Department of Health.

On Nov. 19, the state's Residential Treatment Facilities and Behavioral Health Agencies program notified the youth outpatient and inpatient treatment facility of its intent to revoke its licenses.

Daybreak appealed the revocations, which kept the Brush Prairie facility open. In its appeal, the nonprofit agency argued the revocations were based on "inaccurate and unsubstantiated" claims.

Russell said the agency's stance, today, is on improving care and learning from the past.

"What happened before I was here, I don't know," Russell said in a phone interview on May 14. "In terms of ownership and responsibility, we're taking a hard look at ensuring our policies align with (federal confidentiality laws and regulations) so staff clearly understands and complies, which overall speaks to the changes we've been making."

Russell started about seven weeks ago, and he said leadership has been reorganized across the agency. Daybreak has also implemented new policies regarding confidentiality, reporting and new staff trainings.

It is keeping the health department updated on the changes and will continue to work with officials.

"The kids and their families demonstrate great courage when they call for help, and we intend to keep their trust," the agency's leadership said.

Daybreak's lawyer, David H. Smith, takes a more assertive stance in letters to the U.S. Attorney for the Western District of Washington and local authorities.

In a letter to U.S. Attorney Brian T. Moran, Smith claims that the sheriff's office violated federal law with its "wholesale seizure of computers" and "swept up confidential communications and treatment records for hundreds of minor patients — far beyond what might be essential to investigate concerns related to the five minor patients mentioned in the original search warrants or the 10 in the second batch."

The law, 42 C.F.R. Part 2, prevents the disclosure of identities of patients seeking substance use disorder treatment and facilities' patient records to police except under certain circumstances, such as "extremely serious" crimes. Smith said investigators have not and cannot claim that the allegations fit this criteria.

# Community collaboration

The next hearing on the license revocation appeal, which will not be open to the public, is scheduled for June 19, said Julie Graham, public information officer for the Department of Health. Department investigators, lawyers and Daybreak leaders will meet to "see where we are in terms of solutions," Graham said.

A second public hearing in November will determine the status of the licenses and whether "there can be a settlement to ensure public safety," she said.

In the meantime, department officials are monitoring the Brush Prairie facility by means of on-site visits, including spot inspections, Graham said.

The health department is one of many community partners Daybreak works with, Russell said, to ensure a continuum of care for patients so they don't return to the same environment that prompted their need for help. Having state representatives collaborate with Daybreak about policy and transparency is nothing new, the CEO said. Earlier this month, the health department renewed Daybreak's residential treatment facility license, he said.

At one point, since the investigation began in full, the facility was down to as few as six patients. As of Tuesday, that number had about doubled, said Sarah Spier, Daybreak's director of external communications. The number fluctuates; there were as many as 17 patients recently, three shy of its 20-patient limit until more staff is hired.

The facility's capacity is 45 patients, Russell said. A number of referrals to the facility "dried up in the process of rebuilding," he said. Stakeholders have made the need for the facility apparent, he said, expressing that there are hundreds of kids who require services. Daybreak says it serves around 1,000 patients statewide each year.

Staffing was reduced due to fewer patients, and because of the agency's reorganization. Russell said employees' responsibilities were examined and rearranged to line up with new policies aimed at lawful reporting and ensuring patient confidentiality.

Russell and Spier said they did not know if any of the employees working at the Brush Prairie facility and named in investigative documents were let go. When asked about former CEO Annette Klinefelter, they only said she would not be returning.

In the weeks he's been on board, Russell said there has been some reluctance from partners to refer people to the facility. Referrals come from counseling organizations, medical providers and insurers, among other sources. Spier said Daybreak has spent months quickly and quietly rebuilding relationships.

Clark County Juvenile Court staff and Superior Court judges, after learning of the sheriff's office's investigation, in late June ceased recommending the facility's inpatient services to families and guardians, who ultimately make the decision of what services to use. Juvenile Court Administrator Christine Simonsmeier said Monday that the practice has not resumed, but she has met with Daybreak officials about how to make it happen.

"We do value this program. It's very much needed, but we have an obligation to the community" to see the appeal process through to the end, Simonsmeier said.

# New beginnings

Daybreak is implementing new training, such as courses on trauma informed care. Part of the training focuses on the diverse backgrounds of patients, whose histories may include homelessness and sexual abuse, Spier said. The training helps staff recognize signs associated with trauma and act to prevent harm to patients, she said.

Nurses are currently being interviewed for around-the-clock evaluation and treatment services that are "desperately needed in Clark County," Spier said. The nurses will be on hand to help clients with suicidal ideations and other crises. The agency is waiting for increased staff numbers to use a vacant section of the building for the psychiatric care.

Daybreak is also bringing a life enrichment program to Southwest Washington, which was implemented at its Spokane facility three years ago.

The program allows patients to partake in community events and physical activities, and connects them to institutions to build financial equity, among other "holistic therapy" options.

Spier said before the life enrichment program began, the completion rate for patients was around 82 percent. The program has increased the rate to between 95 percent and 97 percent.

Why the Brush Prairie and Spokane facilities operated differently is unclear. Russell said they essentially ran independently of one another. Now, the facilities will be sharing staff and working together.

"We have expertise in Spokane we need here," and vice versa, the CEO said.



## **Jerzy Shedlock (/author/jshedlock)**

**Columbian Breaking News Reporter**

📱 **360-735-4522**

👤 **@col_cops (https://twitter.com/col_cops)**

📧 **Send an Email (mailto:jerzy.shedlock@columbian.com)**

---

## 0 Comments

Sort by   Newest



Add a comment...

Facebook Comments Plugin

Community guidelines
(/guidelines/)

## Shop Now



Apple Thunderbolt cable (0.5 m) (https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://w…
**$39.00** (https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://w…
Thunderbolt-Cable-0-5-m/dp/B00WVDGZM6/ref=sm_n_au_dka_US_pr_fal_0_0?
adId=B00WVDGZM6&creativeASIN=B00WVDGZM6&linkId=…
20&linkCode=w41&ref-refURL=https%3A%2F%2Fwww.columbian.com%2Fnews%…
youth-services-strives-to-move-forward%2F&slotNum=0&imprToken=vzCC587js6.VDU.LWp…

**(295)**



Apple Thunderbolt to Gigabit Ethernet Adapter (https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://w…
**$87.99** (https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://w…
Thunderbolt-Gigabit-Ethernet-Adapter/dp/B011K4RKFW/ref=sm_n_au_dka_US_pr_fal_0_1?
adId=B011K4RKFW&creativeASIN=B011K4RKFW&linkId=4…
20&linkCode=w41&ref-refURL=https%3…m%2Fnews%…
youth-services-strives-to-move-forward%2F&slot…7js6.VDU.LWp…



Apple Thunderbolt to FireWire Adapter (https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://w…
**$29.00** (https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://w…
Thunderbolt-to-FireWire-Adapter/dp/B00SQ2CJUS/ref=sm_n_au_dka_US_pr_fal_1_0?
adId=B00SQ2CJUS&creativeASIN=B00SQ2CJUS&linkId=4…
20&linkCode=w41&ref-refURL=https%3A%2F%2Fwww.columbian.com%2Fnews%…
forward%2F&slotNum=0&imprToken=vzCC587js6.VDU.LWp…

**(497)**

OMorc 3-in-1 Mini DisplayPort (Thunderbolt)To DVI VGA…
(https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://w…
**$13.99** (https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://w…
Thunderbolt-Adapter-MacBook-ThinkPad/dp/B00K43Q8BS/ref=sm_n_au_dka_US_pr_fal_1…
adId=B00K43Q8BS&creativeASIN=B00K43Q8BS&linkId=41…
20&linkCode=w41&ref-refURL=https%3A%2F%2Fwww.columbian.com%2Fnews%…
forward%2F&slotNum=0&imprToken=vzCC587js6.VDU.LWp…

**(691)** 

Ads by Amazon (https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://affiliate-program.amazon.com/home/ads/ref=sm_n_au_dka_US_logo?adId=logo&creativeASIN=logo&linkId=417d7593f494b43e9d8o9d622a2367f&tag=thecolumbian-20&linkCode=w41&ref-refURL=https%3A%2F%2Fwww.columbian.com%2Fnews%2F2019%2Fmay%2F24%2Fdaybreak-youth-services-strives-to-move-forward%2F&slotNum=0&imprToken=vzCC587js6.VDU.LWpC4Bg&adType=smart&adMode=auto&adFormat=strip&impressionTimestamp=1559252509679&ac-ms_src=nsa-ads&cid=nsa-ads)
(https://aax-us-east.amazon-adsystem.com/x/c/QtKbnBj-B-zQDK6G5cM_9QcAAAFrCrEiyAEAAAE0Ab7hGws/https://www.amazon.com/adprefs/ref=sm_n_au_dka_US_ac?tag=thecolumbian-20&linkCode=w41)

## BLOGS (HTTP://BLOGS.COLUMBIAN.COM)    +

# EXHIBIT B



# Clark County Sheriff's Office

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Angela Ball:

Please find this email in respect to an interview request. The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case. As we continue this investigation, we would like to conduct an interview with you. Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov



**Clark County Sheriff's Office**

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Annette Klinefelter:

Please find this email in respect to an interview request. The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case. As we continue this investigation, we would like to conduct an interview with you. Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov



# Clark County Sheriff's Office

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Cecilia Hubert:

Please find this email in respect to an interview request.  The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case.  As we continue this investigation, we would like to conduct an interview with you.  Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov



# Clark County Sheriff's Office

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Casandra Showalter:

Please find this email in respect to an interview request.  The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case.  As we continue this investigation, we would like to conduct an interview with you.  Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov



# Clark County Sheriff's Office

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Denise Wilson:

Please find this email in respect to an interview request.  The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case.  As we continue this investigation, we would like to conduct an interview with you.  Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov



# Clark County Sheriff's Office

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Grace Demsky:

Please find this email in respect to an interview request.  The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case.  As we continue this investigation, we would like to conduct an interview with you.  Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov



**Clark County Sheriff's Office**

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Jamie Engstrom:

Please find this email in respect to an interview request.  The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case.  As we continue this investigation, we would like to conduct an interview with you.  Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov

---



# Clark County Sheriff's Office

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Katie Grace:

Please find this email in respect to an interview request.  The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case.  As we continue this investigation, we would like to conduct an interview with you.  Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov



# Clark County Sheriff's Office

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Michael Trotter:

Please find this email in respect to an interview request.  The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case.  As we continue this investigation, we would like to conduct an interview with you.  Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov



# Clark County Sheriff's Office

707 West 13th Street • PO Box 410 • Vancouver, WA 98666 • (360) 397-2366 • Fax (360) 397-2367

Chuck E. Atkins, Sheriff

May 14, 2019

Dear Tammy Frazier:

Please find this email in respect to an interview request.  The Clark County Sheriff's Office is conducting an investigation, wherein it is believed that you may have valuable information pertaining to this case.  As we continue this investigation, we would like to conduct an interview with you.  Please contact me at your earliest convenience to schedule an interview.

Whatever your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Sergeant Chris Luque
Enforcement Branch
Clark County Sheriff's Office
707 West 13th Street
Vancouver, WA 98660
360.397.2211 ext. 5626
Chris.Luque@clark.wa.gov