UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAYBREAK YOUTH SERVICES, individually and on behalf of its former and current patients;<br><br>Plaintiff,<br><br>v.<br><br>CHUCK ATKINS, in his official capacity as Clark County Sheriff, MIKE COOKE, in his official capacity as Clark County Undersheriff, and CHRISTOPHER LUQUE, in his official capacity as Clark County Sheriff's Office Sergeant, ADAM BECK, in his official capacity as Clark County Sheriff's Office Detective, and BRENT WADDELL, in his official capacity as Clark County Sheriff's Office Sergeant,<br><br>Defendants. | NO.<br><br>**DECLARATION OF JANE DOE in SUPPORT OF PLAINTIFF DAYBREAK YOUTH SERVICES' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, JANE DOE,[1] hereby declare as follows:

1. I am now 18 years old, and am otherwise competent to be a witness in this proceeding. I make this declaration based upon my personal knowledge. I was a client of Daybreak Youth Services in January 2018. I make this declaration in support of Plaintiff

---

[1] This is not my real name. I am using a pseudonym to protect my right to privacy. The use of the name "Jane Doe" and gender pronouns is not intended to signify that I am either male or female. I provided Daybreak and its legal counsel consent to release my confidential information protected by federal regulations governing the confidentiality of substance use disorder patient records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Parts 160 and 164. The consent restricts the information to be released, to whom it may be released, and for what purpose, and requires information to be presented under a pseudonym, redacted or otherwise de-identified.

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF
DAYBREAK YOUTH SERVICES' MOTION FOR TEMPORARY
RESTRAINING ORDER - 1

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

Daybreak Youth Services' Motion for Temporary Restraining Order.

2. When I received treatment at Daybreak in January 2018, I was placed in the Evaluation and Treatment (E&T) Unit.

3. Daybreak Skills Coach Lacey Lynch worked with me in E&T from day one. Her care was an important part of my treatment. Daybreak and Lacey saved my life.

4. Lacey also worked out with me every day, along with two other patients usually.

5. I remember one day in January 2018, Lacey said her back was hurting, up near her shoulders. I suggested she try a yoga pose to stretch out the area, one called threading the needle. Lacey was wearing a jacket over her t-shirt. She lifted up the jacket and I rubbed that one area of her back for her, through her t-shirt. Other staff and clients were in and out of the E&T unit at the time. We weren't alone.

6. I graduated from Daybreak and was working during the summer of 2018. I didn't want anybody to know I had been at Daybreak, or anything about my problems.

7. Detective Adam Beck of the Clark County Sheriff's Office called my father on August 28, asking for me by name. He told my father he was investigating a claim that I was sexually abused at Daybreak.

8. That was the first time I heard that someone thought my back rub was sexual misconduct. There was nothing sexual about that back rub. Lacey never even touched me. It was nothing—the claim about sexual abuse was made up.

9. I was really upset that someone told the Sheriff's Office my name and that they also lied about what happened to get Lacey and Daybreak in trouble. Detective Beck asked black and white questions and I told him there was nothing to the allegation. It was nothing.

10. On or about September 11, 2018, I saw a news stories online about the raid on Daybreak and the Sheriff's claim that a staff person sexually abused a client. A couple days later I figured out that they were talking about me and the back rub I gave Lacey. That really

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF
DAYBREAK YOUTH SERVICES' MOTION FOR TEMPORARY
RESTRAINING ORDER - 2

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

pissed me off. It's a lie. Lacey didn't even touch me. They took nothing and made it a big scandal. It was blowing up on Facebook.

11. In November, a licensing investigator with Child Protective Services, Sarah Coshow, contacted my father. She sent him a text message identifying me by name and alleging that I was a "victim of Sexual Abuse." Attached as **Exhibit A** is a screenshot of the text message Ms. Coshow sent my father, which my father then shared with me. The sheriff had obviously shared my private information with her. My father and I did not respond. The claim is absurd. Ms. Coshow then sent my father a letter again identifying me by name and making the false allegation that I was sexually abused at Daybreak. Attached as **Exhibit B** is a true and correct copy of the letter from Ms. Coshow.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 4th day of June, 2019 in Brush Prairie, Washington.

*/s/ Jane Doe*
JANE DOE

GSB:10314693.3

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF
DAYBREAK YOUTH SERVICES' MOTION FOR TEMPORARY
RESTRAINING ORDER - 3

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# CERTIFICATE OF SERVICE

I, Patricia Shillington, certify under penalty of perjury under the laws of the State of Washington that, on June 7, 2019, I caused to be served on the person(s) listed below the foregoing Declaration of Jane Doe in Support of Plaintiff Daybreak Youth Services' Motion for Temporary Restraining Order.

| | |
|---|---|
| Emily Sheldrick<br>Leslie Lopez<br>Clark County Prosecuting Attorney's Office<br>Civil Division<br>P.O. Box 5000<br>Vancouver, WA 98666<br>Emily.sheldrick@clark.wa.gov<br>Leslie.lopez@clark.wa.gov | ☒ United States Mail, First Class<br>☐ By Legal Messenger<br>☐ By Facsimile<br>☐ By Federal Express<br>☒ By Email |

DATED this 7th day of June, 2019.

*Patricia Shillington*
Patricia Shillington

GSB:10314693.3

---

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF
DAYBREAK YOUTH SERVICES' MOTION FOR TEMPORARY
RESTRAINING ORDER - 4

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# EXHIBIT A

**Dad**

She called me

But I would not give her no info

okay what is it

But she told me you got sexually assaulted in day break

▮, my name is Sarah Coshow. I work for the Licensing Division of Child Protective Services. I have an open investigation with Daybreak Youth Services with lists ▮ as a victim of Sexual Abuse and also, Negligent Treatment or Maltreatment by a staff person. I would like to speak with ▮ about the allegations. Please contact me to discuss the allegations or notify me is she does not want to speak so I can make note of it. Thank you. My contact info is (360) 869-9856 or Sarah.coshow@dcyf.wa.gov

I told her I will pass you the info

# EXHIBIT B



Business card:

**Sarah Coshow**
LD/CPS Investigator
Department of Children, Youth, and Families

907 Harney Street
MS: S 6-7
Vancouver, WA 98666

Phone: (360) 869-9856
Fax: (360) 690-7152
sarah.coshow@dcyf.wa.gov

---

**STATE OF WASHINGTON**
**DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES**
907 Harney Street • P.O. Box 9809 • Vancouver, WA 98666-8809

November 19, 2018

Mr. ▮▮▮

My name is Sarah Coshow and I am a Licensing Division Child Protective Services investigator; my job is to investigate allegations of child abuse and negligent treatment or maltreatment in licensed facilities. I am currently investigating allegations of sexual abuse and neglect against ▮ while she resided at DayBreak Youth Services in Vancouver, Washington. Please contact me, as I would like to coordinate an interview of ▮ to discuss her stay at DayBreak. My contact information is below and I have included a business card for your records. If I do not hear from ▮ by November 26, 2018, I will assume she has declined to be interviewed.

Respectfully,

Sarah Coshow
LD/CPS Facility Investigator
Dept. of Children, Youth and Families
Cell (360) 869-9856
Fax (360) 690-7152
Sarah.Coshow@dcyf.wa.gov