Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAYBREAK YOUTH SERVICES, individually and on behalf of its former and current patients,<br><br>Plaintiff,<br><br>v.<br><br>CHUCK ATKINS, in his official capacity as Clark County Sheriff, MIKE COOKE, in his official capacity as Clark County Undersheriff, and CHRISTOPHER LUQUE, in his official capacity as Clark County Sheriff's Office Sergeant, ADAM BECK, in his official capacity as Clark County Sheriff's Office Detective, and BRENT WADDELL, in his official capacity as Clark County Sheriff's Office Sergeant,<br><br>Defendants. | NO. 3:19-cv-05521 BHS<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS RUSSELL IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, THOMAS RUSSELL, hereby declare as follows:

1. My name is Thomas Russell. I am over the age of 18 and am otherwise competent to be a witness in this proceeding. I make this declaration based upon my personal knowledge except as otherwise set forth herein. I am currently the Chief Executive Officer for Daybreak Youth Services. I make this supplemental declaration in support of Plaintiff

SUPPLEMENTAL DECLARATION OF THOMAS RUSSELL IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER - 1

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

Daybreak Youth Services' Motion for Temporary Restraining Order.

2.  Daybreak Youth Service holds itself out to the public as providing—and in fact does provide—alcohol and drug treatment to support recovery for teens with addiction. Every patient at the Brush Prairie facility has a Substance Use Disorder.

3.  Daybreak Youth Services specializes in serving youth with a dual diagnosis, who require not only SUD treatment, but also mental health care. These youth face addiction *and* co-occurring mental illness.

4.  Attached as **Exhibit C** is a true and correct screen shot of the Daybreak Youth Services website's home page, as of the date of this filing.

5.  Attached as **Exhibit D** are true and correct copies of Daybreak payroll records for former employees Jennifer Walker and Cathan Tautfest, showing that the two former employees were terminated on June 21, 2018.

6.  Attached as **Exhibit E** are true and correct copies of Separation of Employment forms maintained in Daybreak's personnel files for Ms. Walker and Mx. Tautfest, who uses gender-neutral pronouns. These personnel records showing that neither voluntarily resigned. Rather, both were terminated and were ineligible for re-hire, Ms. Walker because attendance issues made her unreliable, and Mx. Tautfest for policy violation. (Note that the forms mistakenly list the year of termination as 2017, likely a typo carried over from the date of Mx. Tautfest's hire on June 21, 2017. Mx. Tautfest was a Daybreak employee for exactly one year.)

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 18th day of June, 2019.

_____
Thomas Russell

SUPPLEMENTAL DECLARATION OF THOMAS RUSSELL IN
SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER - 2

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2019, I caused to be electronically filed the foregoing Supplemental Declaration of Thomas Russell In Support of Plaintiff's Emergency Motion for Temporary Restraining Order with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 18th day of June, 2019, at Seattle, Washington.

GARVEY SCHUBERT BARER

By *s/David H. Smith*
David H. Smith

GSB:10352962.1

SUPPLEMENTAL DECLARATION OF THOMAS RUSSELL IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER - 3

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# EXHIBIT C



# EXHIBIT D



Daybreak Youth Services (001) **Employee Information**

## Employee Information

| | |
|---|---|
| **Name** | Jennifer Walker |
| **Username** | JWalker |
| **Address** | ▉▉▉▉▉▉▉▉▉▉ |
| **Hired** | 09/06/2017 |
| **Started** | 09/06/2017 |
| **Terminated** | 06/21/2018 |

## Managers

| | |
|---|---|
| **Manager 1** | Christopher A. Young |

## Accruals

**EIB (Accrued to: 01/01/2019)**

| Accrd | Taken | Balance | Sch | Pnd Apr | Proj Acc | Proj Bal |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Accrue Rate: 0/Daily

**Sick (Accrued to: 07/01/2018)**

| Accrd | Taken | Balance | Sch | Pnd Apr | Proj Acc | Proj Bal |
|---|---|---|---|---|---|---|
| 8.58 | 0.00 | 8.58 | 0.00 | 0.00 | 8.58 | 8.58 |
| 1.07 | 0.00 | 1.07 | 0.00 | 0.00 | 1.07 | 1.07 |

Accrue Rate: 0.025 Hrs/Pay Period

**Vacation (Accrued to: 07/01/2018)**

| Accrd | Taken | Balance | Sch | Pnd Apr | Proj Acc | Proj Bal |
|---|---|---|---|---|---|---|
| 33.41 | 33.41 | 0.00 | 0.00 | 0.00 | 33.41 | 0.00 |
| 4.18 | 4.18 | 0.00 | 0.00 | 0.00 | 4.18 | 0.00 |

Accrue Rate: 0.0595 Hrs/Pay Period

## Deductions

| Begin Date End Date | | $ | % | Last PR | YTD |
|---|---|---|---|---|---|
| Vision - Pre Tax | | | | | |
| 11/03/2017 | EE | ▉ | - | - | - |
| | ER | ▉ | - | - | - |
| Life Insurance | | | | | |
| 11/03/2017 | EE | ▉ | - | - | - |
| | ER | ▉ | - | - | - |

## Tax Allowance Settings

| Unemployment State | From Date | To Date |
|---|---|---|
| Washington | 12/31/1900 | 12/31/9999 |

Federal: Single/1

## Direct Deposits

| Begin Date End Date | Type | ABA# | Account# |
|---|---|---|---|
| 12/31/1900 | Direct Deposit | ▉▉▉ | ▉▉▉ |
| Entire/Remainder | | | |

## Credentials

| Document # | Active | Issued | Expires |
|---|---|---|---|
| Auto Policy | | | |
| Auto Insurance 2017 | Y | 07/23/2017 | 07/23/2018 |
| Background Checks | | | |

-- More --

## Credentials - Continued

| | | |
|---|---|---|
| Background check | Y | 09/06/2020 |
| CAAR | | |
| CG60158512 | Y | 01/27/2019 |
| CPI Training | | |
| 2017 | Y | 09/01/2020 |
| Driver's License | | |
| Driver's License | Y | 01/22/2021 |
| TB | | |
| TB Test 2017 | Y | 11/01/2018 |

---

Seattle - PayNorthwest LLC
P: 866-729-6920, F: 877-325-0731
mypayroll@paynorthwest.com

Generated: 06/18/2019 04:57p
Generated By: Kristina Julian




Daybreak Youth Services (007)   Employee Information

## Employee Information

| | |
|---|---|
| Name | Cathan Tautfest |
| Username | CTautfest |
| Address | |
| Hired | 06/21/2017 |
| Started | 06/23/2017 |
| Terminated | 06/21/2018 |

## Managers

Manager 1           Angela R. Ball

## Accruals

**EIB (Accrued to: 01/01/2019)**

| Accrd | Taken | Balance | Sch | Pnd Apr | Proj Acc | Proj Bal |
|---|---|---|---|---|---|---|
| 8.50 | 0.00 | 8.50 | 0.00 | 0.00 | 8.50 | 8.50 |
| 1.06 | 0.00 | 1.06 | 0.00 | 0.00 | 1.06 | 1.06 |

Accrue Rate: 0/Daily

**Sick (Accrued to: 07/01/2018)**

| Accrd | Taken | Balance | Sch | Pnd Apr | Proj Acc | Proj Bal |
|---|---|---|---|---|---|---|
| 21.35 | 10.00 | 11.35 | 0.00 | 0.00 | 41.42 | 31.42 |
| 2.67 | 1.25 | 1.42 | 0.00 | 0.00 | 5.18 | 3.93 |

Accrue Rate: 0.025 Hrs/Pay Period

**Vacation (Accrued to: 07/01/2018)**

| Accrd | Taken | Balance | Sch | Pnd Apr | Proj Acc | Proj Bal |
|---|---|---|---|---|---|---|
| 88.52 | 73.00 | 15.52 | 0.00 | 0.00 | 88.52 | 15.52 |
| 11.06 | 9.12 | 1.94 | 0.00 | 0.00 | 11.06 | 1.94 |

Accrue Rate: 0.0595 Hrs/Pay Period

## Tax Allowance Settings

| Unemployment State | From Date | To Date |
|---|---|---|
| Washington | 12/31/1900 | 12/31/9999 |

Federal:          Single/1

## Direct Deposits

| Begin Date | End Date | Type | ABA# | Account# |
|---|---|---|---|---|
| 12/31/1900 | Entire/Remainder | Direct Deposit | | |

## Credentials

| Document # | Active | Issued | Expires |
|---|---|---|---|
| Auto Policy | | | |
|   Auto Policy | Y | 08/12/2017 | 02/12/2018 |
| Background Checks | | | |
|   Background Check Watch | Y | | 06/21/2020 |
| Blood Borne Pathogen | | | |
|   BBP | Y | | 07/01/2018 |
| CAAR | | | |
|   CG 60779152 | Y | | 01/25/2019 |
| CPI Training | | | |
|   2017 | Y | | 09/01/2019 |
| Driver's License | | | |
|   Driver's License | Y | | 01/25/2023 |

-- More --

## Credentials - Continued

| | | | |
|---|---|---|---|
| Food Handlers | | | |
|   Food Handlers | | Y | 03/26/2018 |
| TB | | | |
|   TB Test | | Y | 07/01/2018 |

# EXHIBIT E



# SEPARATION OF EMPLOYMENT
## *Personnel Action Notice*

| Employee Name: | Jennifer Walker | Date of Notice: | 6/20/2017 |
|---|---|---|---|
| Job Title: | Skills Coach | Department: | Vancouver Inpatient |
| Hire Date: | 9/6/2017 | Termination Date: | 6/20/2017 |
| | | Benefit Termination Date: | 6/20/2017   COBRA Notice ☒ |
| Reason for Separation: | ☐ Voluntary Resignation with Notice   ☐ Letter Received<br>☐ Voluntary Resignation without Notice<br>☐ Layoff<br>☒ Termination: | | ☐ Eligible for Re-Hire<br>☒ Ineligible for Re-Hire<br><br>Comments: |
| Forwarding Address: | | | |
| Additional Forwarding Contact Information: | | | |
| Final Payroll Instructions: | | | |

## Approval

*Please complete electronically and send to Associated Industries. Request will not be processed unless signatures are present.*
*NOTE: Digital signatures are sufficient.*

| Supervisor Signature: | | Date: | |
|---|---|---|---|
| CEO Signature: | | | |
| Associated Industries Signature: | | Date: | |

## Comments:
Attendance issues/Unreliable



# SEPARATION OF EMPLOYMENT
## *Personnel Action Notice*

| Employee Name: | Cathan Tautfest | Date of Notice: | 6/20/2017 |
|---|---|---|---|
| Job Title: | Skills Coach | Department: | Vancouver Inpatient |
| Hire Date: | 06/21/2017 | Termination Date: | 6/21/2017 |
| | | Benefit Termination Date: | 6/21/2017   COBRA Notice ☒ |
| Reason for Separation: | ☐ Voluntary Resignation with Notice   ☐ Letter Received<br>☐ Voluntary Resignation without Notice<br>☐ Layoff<br>☒ Termination: | | ☐ Eligible for Re-Hire<br>☒ Ineligible for Re-Hire<br><br>Comments: |
| Forwarding Address: | | | |
| Additional Forwarding Contact Information: | | | |
| Final Payroll Instructions: | | | |

## Approval

*Please complete electronically and send to Associated Industries. Request will not be processed unless signatures are present. NOTE: Digital signatures are sufficient.*

| **Supervisor Signature:** | | Date: | |
|---|---|---|---|
| **CEO Signature:** | | | |
| **Associated Industries Signature:** | | Date: | |

## Comments:
Policy Violation