HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAYBREAK YOUTH SERVICES, individually and on behalf of its former and current patients,<br><br>Plaintiff,<br>v.<br><br>CHUCK ATKINS, in his official capacity as Clark County Sheriff, MIKE COOKE, in his official capacity as Clark County Undersheriff, CHRISTOPHER LUQUE, in his capacity as Clark County Sheriff's Office Sergeant, ADAM BECK, in his official capacity as Clark County Sheriff's Office Detective, and BRENT WADDELL, in his official capacity as Clark County Sheriff's Office Sergeant,<br><br>Defendants. | No. 3:19-CV-05521-BHS<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL |

## STIPULATION

**IT IS HEREBY STIPULATED** between the plaintiff and defendants, acting through their respective attorneys, that the claims in this action have been resolved between the parties, and may now be dismissed with prejudice and without any costs or fees as to any party.

STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL - 1 of 2

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

DATED this August 17, 2022.

SUMMITLAW GROUP PLLC

s/ David H. Smith
_____
David H. Smith, WSBA #10721
Attorney for Plaintiff
Summit Law Group PLLC
315 Fifth Ave S., Suite 1000
Seattle, WA 98104-2682
Phone: (206) 676-7001
   Email: davids@summitlaw.com

DATED this August 12, 2022.

CLARK COUNTY PROSECUTING
ATTORNEY'S OFFICE

/s/ Leslie A. Lopez_____
Leslie A. Lopez, WSBA# 46118
Attorney for Defendants
Clark County Prosecuting Attorney's Office
1300 Franklin St., Suite 380
PO Box 5000
Vancouver, WA 98666-5000
Phone: (564) 397-4755
    Email: Leslie.lopez@clark.wa.gov

**ORDER**

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby **ORDERED** that the claims against defendants be dismissed with prejudice and without any attorneys' fees or costs to either party.

DATED this 19th day of August, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL - 2 of 2

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)